UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
ELBERT DAWKINS on behalf of himself and all : 
others similarly situated, :
                              Plaintiff, :
                                     :   MEMORANDUM & ORDER
            -against- :
                                     :   22-cv-6624 (ENV) (LB)
RESTONIC SALES, INC., :
                               Defendant. :
---------------------------------------------------------------- x

VITALIANO, D.J.

    I am recused.

    So Ordered.

Dated: Brooklyn, New York
         November 3, 2022

                                                   /s/ Eric N. Vitaliano
                                                   ERIC N. VITALIANO
                                                   United States District Judge