# EXHIBIT A

# Select A Case

**Mark Rozenberg is an attorney in 407 cases.**

| | | | | |
|---|---|---|---|---|
| [1:19-cv-03028-ER](#) | Traynor v. Art.com, Inc. | filed 04/04/19 | closed 11/15/21 | 42:12101(42:12101 The Americans with Disabilities Act of 1990) |
| [1:19-cv-06057-ER](#) | Traynor v. Jackthreads, Inc. | filed 06/28/19 | closed 11/20/20 | 42:12101(42:12101 The Americans with Disabilities Act of 1990) |
| [1:19-cv-10055-PAE-KNF](#) | Guglielmo v. Abode Systems, Inc. | filed 10/30/19 | closed 03/12/21 | 42:12101(42:12101 The Americans with Disabilities Act of 1990) |
| [1:20-cv-00610-JPO](#) | Guglielmo v. Tiger USA Corporation | filed 01/23/20 | closed 11/19/20 | 42:12101(42:12101 The Americans with Disabilities Act of 1990) |
| [1:20-cv-01139-GBD](#) | Williams v. Billy Heroman's Flowerland, Inc. | filed 02/10/20 | closed 10/08/21 | 42:12101(42:12101 The Americans with Disabilities Act of 1990) |
| [1:20-cv-02293-LJL](#) | Williams v. The Vermont Country Store, Inc. | filed 03/15/20 | closed 01/05/21 | 42:12101(42:12101 The Americans with Disabilities Act of 1990) |
| [1:20-cv-02305-MKV](#) | Williams v. Motorsport Aftermarket Group, Inc. | filed 03/15/20 | closed 02/01/21 | 42:12101(42:12101 The Americans with Disabilities Act of 1990) |
| [1:20-cv-03775-JPC](#) | West v. Bell & Ross Inc. | filed 05/15/20 | closed 08/25/21 | 42:12101(42:12101 The Americans with Disabilities Act of 1990) |

# Select A Case

**Mark Rozenberg is an attorney in 191 cases.**

| | | | | |
|---|---|---|---|---|
| [1:22-cv-00221-DG-PK](#) | Iskhakova v. Magnifying Aids, Inc. | filed 01/14/22 | closed 06/30/22 | 42:1201(42:1201 Civil Rights (Disability) ) |
| [1:22-cv-00228-ARR-TAM](#) | Iskhakova v. Eye Needs Inc. | filed 01/14/22 | closed 03/23/22 | 42:1201(42:1201 Civil Rights (Disability) ) |
| [1:22-cv-00237-RPK-CLP](#) | Iskhakova v. Let's Go Technology, Inc., | filed 01/14/22 | closed 03/29/22 | 42:1201(42:1201 Civil Rights (Disability) ) |
| [1:22-cv-00262-PKC-CLP](#) | Iskhakova v. Boundless Assistive Technology, LLC | filed 01/17/22 | closed 06/23/22 | 42:1201(42:1201 Civil Rights (Disability) ) |
| [1:22-cv-00263-PKC-RLM](#) | Iskhakova v. Talk To Me Technologies, LLC | filed 01/17/22 | closed 03/28/22 | 42:1201(42:1201 Civil Rights (Disability) ) |
| [1:22-cv-00264-BMC](#) | Iskhakova v. Adaptivision, Inc. | filed 01/17/22 | closed 02/18/22 | 42:1201(42:1201 Civil Rights (Disability) ) |
| [1:22-cv-00292-MKB-RER](#) | Hanyzkiewicz v. Maxi Aids, Inc. | filed 01/18/22 | closed 08/04/22 | 42:1201(42:1201 Civil Rights (Disability) ) |
| [1:22-cv-00316-DG-CLP](#) | Hanyzkiewicz v. Jewelry Supply, Inc. | filed 01/19/22 | closed 06/13/22 | 42:1201(42:1201 Civil Rights (Disability) ) |
| [1:22-cv-00358-RPK-VMS](#) | Hanyzkiewicz v. School Health Corporation | filed 01/21/22 | closed 05/24/22 | 42:1201(42:1201 Civil Rights (Disability) ) |
| [1:22-cv-00436-AMD-LB](#) | Hanyzkiewicz v. Freedom Scientific, Inc. | filed 01/25/22 | closed 06/28/22 | 42:1201(42:1201 Civil Rights (Disability) ) |